# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **MARK AUSTIN #1605377** | **CASE NO. 6:17-CV-00623 SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **OFFICER OAKES ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITHOUT PREJUDICE** pursuant to FRCP Rule 41(b) and LR41.3W.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 9th day of April, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE